UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

THE UNITED STATES OF AMERICA  **DOCKET NO.:** 20-mj-01025-7 (PK)

- against -

**APPEARANCE OF COUNSEL**

**JING RONG,**

                            Defendant.
-------------------------------------------------------------------------------X

TO:   The Clerk of Court and all parties of record I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **JING RONG**.

Dated:    New York, NY
             October 31, 2020

                                                    **/S/ TODD A. SPODEK**

                                                    _____
Todd A. Spodek (TS7406)
Spodek Law Group, P.C.
85 Broad Street, 30th Fl.
New York, NY 10004
Main: (212) 300-5196
Fax: (212) 300-6371
ts@spodeklawgroup.com