UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                                                            **ORDER**
                                                            **FOR ACCEPTANCE OF CASH BAIL**

      -against-

  RING JONG                                           Docket No.  **20 MJ1025**

-------------------------------------------------X

     Bail having been fixed by Hon.  Ramon E. Reyes Jr._____, in the above entitled action in the amount of $   250,000    of which sum $   250,000   in cash is to be deposited with the Clerk of the Court.

     It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of  $    250,000    when tendered on behalf of the above defendant.

     **SO ORDERED.**

**Dated:   Brooklyn, New York**
          **11/10/2020**

                                                    **UNITED STATES MAGISTRATE JUDGE**

**Receipt No.** _____
**Money Deposited By:**_____
**address & Telephone** _____
                      _____
                      _____
                      _____